IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15CR3111 |
| vs. | |
| ERNESTO LEYVA, | ORDER |
| Defendant. | |

Pursuant to an agreement of the parties,

IT IS ORDERED:

1) Defendant is released pending self surrender.

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

3) The defendant shall self surrender to the Saline County Law Enforcement Center, 911 South Main Street, Wilber, Nebraska, no later than 9:00 a.m. on February 21, 2019. The U.S. Marshal is directed to arrange for Defendant's prompt transport to Corecivic/Leavenworth Detention Center in Leavenworth, Kansas.

4) If the defendant fails to self-report, the United States Marshal, and/or any law enforcement officer is hereby authorized and ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

February 19, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge